## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**TYPEMOCK, LTD.**

**-vs-**

**TELERIK INC.**

**Case No.:** 1:16-cv-01314-LY ☐

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now <u>Ronald Abramson</u>, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent <u>**Plaintiff, Typemock Ltd.** ☐</u> in this case, and would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

<u>Lewis Baach Kaufmann Middlemiss pllc</u>,

with offices at

| | |
|---|---|
| Mailing address: | 405 Lexington Ave 62nd floor |
| City, State, Zip Code: | New York, NY 10174 |
| Telephone: | 212-826-7001 |
| Facsimile: | 212-826-7146 |

2.    Since __1978__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __New York__. Applicant's bar license number is __1457126__.

3.    Applicant has been admitted to practice before the following courts:

Court:                                      Admission date:

__See Attached__                            _____

_____                    _____

_____                    _____

4.    Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

_____

_____

5.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

_____

_____

6.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

_____

- 2 -

7.   Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.   Select one:

☐   Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☑   Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:   **Howard L. Close**

Mailing address:   **One Riverway, Suite 2200**

City, State, Zip Code:   **Houston, Texas 77056**

Telephone:   **(713) 572-4321**

9.   Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(1) [checks made payable to: **Clerk, U.S. District Court**].

10.   Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

- 3 -

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Ronald Abramson _____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

_____

[printed name of Applicant]

_____

[signature of Applicant]


## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 23rd day of
_____**December**_____ , ____**2016**____ .

_____

[printed name of Applicant]

_____

[signature of Applicant]

- 4 -

3.

Court:                                                    Admission date:

| | |
|---|---|
| State of New Jersey | 12/9/1976 |
| United States Supreme Court | 1980 |
| U.S. Court of Appeals for the Federal Circuit | 10/26/1994 |
| U.S. Court of Appeals for the Second Circuit | 1980 |
| Eastern District of New York, U.S. District Court | 1976 |
| Southern District of New York, U.S. District Court | 1976 |
| District of New Jersey, U.S. District Court | 1976 |