# U.S. District Court [LIVE]
## Western District of Texas (Austin)
### CIVIL DOCKET FOR CASE #: 1:16–cv–01314–LY

Typemock, Ltd. v. Telerik Inc.  
Assigned to: Judge Lee Yeakel  
Cause: 35:100 Patent Infringement

Date Filed: 12/15/2016  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**Typemock, Ltd.**     represented by     **Kathleen S. Rose**  
Wright & Close, LLP  
One Riverway, Suite 2200  
Houston, TX 77056  
713–572–4321  
Fax: 713–572–4320  
Email: rose@wrightclose.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**David G. Liston**  
Lewis Baach Kaufmann Middlemiss PLLC  
405 Lexington Ave., 62nd Floor  
New York, NY 10074  
212–822–0160  
Fax: 212–826–7146  
Email: david.liston@lewisbaach.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Ronald Abramson**  
Lewis Baach Kaufmann Middlemiss PLLC  
405 Lexington Ave., 62nd floor  
New York, NY 10174  
212–826–7001  
Fax: 212–826–7146  
Email: ronald.abramson@lewisbaach.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Howard L. Close**  
Wright & Close, LLP  
1 Riverway  
Suite 2200  
Houston, TX 77056  
(713) 572–4321  
Fax: (713) 572–4320  
Email: close@wrightclose.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Telerik Inc.** | represented by | **Karson Karl Thompson**<br>Beck Redden LLP<br>515 Congress Ave., Ste 1900<br>Austin, TX 78701<br>512−900−3218<br>Fax: 512−708−1002<br>Email: kthompson@beckredden.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2016 | Ï 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542−9128061), filed by Typemock, LTD.. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Rule 7.1 Disclosure Statement)(Close, Howard) (Attachment 1 replaced on 12/16/2016 to flatten image) (afd). (Attachment 2 replaced on 12/16/2016 to flatten image) (afd). (Entered: 12/15/2016) |
| 12/15/2016 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS by Typemock, LTD.. (Close, Howard) (Main Document 2 replaced on 12/16/2016 to flatten image) (afd). (Entered: 12/15/2016) |
| 12/15/2016 | Ï | Case Assigned to Judge Lee Yeakel. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (afd) (Entered: 12/16/2016) |
| 12/15/2016 | Ï | DEMAND for Trial by Jury by Typemock, Ltd.. (afd) (Entered: 12/16/2016) |
| 12/16/2016 | Ï 3 | Report on Patent/Trademark sent to U.S. Patent and Trademark Office with copy of Complaint. (afd) (Entered: 12/16/2016) |
| 12/16/2016 | Ï 4 | Letters to Kathleen S. Rose, Ronald Abramson and David G. Liston re: Non−Admitted Status. (afd) (Entered: 12/16/2016) |
| 12/16/2016 | Ï 5 | Summons Issued as to Telerik Inc.. (afd) (Entered: 12/16/2016) |
| 12/16/2016 | Ï 6 | SUMMONS Returned Executed by Typemock, Ltd.. Telerik Inc. served on 12/16/2016, answer due 1/6/2017. (Close, Howard) (Entered: 12/16/2016) |
| 12/21/2016 | Ï 7 | MOTION to Appear Pro Hac Vice by Howard L. Close *Motion for Admission Pro Hac Vice for attorney Kathleen S. Rose* ( Filing fee $ 100 receipt number 0542−9142865) by on behalf of Typemock, Ltd.. (Attachments: # 1 Proposed Order)(Close, Howard) (Entered: 12/21/2016) |
| 12/22/2016 | Ï 8 | ORDER GRANTING 7 Motion for Kathleen Rose to Appear Pro Hac Vice on behalf of Plaintiff. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw) (Entered: 12/22/2016) |
| 12/23/2016 | Ï 9 | MOTION to Appear Pro Hac Vice by Howard L. Close ( Filing fee $ 100 receipt number 0542−9150636) by on behalf of Typemock, Ltd.. (Attachments: # 1 Proposed Order)(Close, Howard) (Entered: 12/23/2016) |
| 12/23/2016 | Ï 10 | MOTION to Appear Pro Hac Vice by Howard L. Close ( Filing fee $ 100 receipt number |

| | | |
|---|---|---|
| | | 0542–9150644) by on behalf of Typemock, Ltd.. (Attachments: # 1 Proposed Order)(Close, Howard) (Entered: 12/23/2016) |
| 12/28/2016 | 11 | ORDER GRANTING 10 Motion to Appear Pro Hac Vice for Attorney David G. Liston for Typemock, Ltd.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (jf) (Entered: 12/28/2016) |
| 12/28/2016 | 12 | ORDER GRANTING 9 Motion to Appear Pro Hac Vice for Attorney Ronald Abramson for Typemock, Ltd.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (jf) (Entered: 12/28/2016) |
| 12/30/2016 | 13 | Agreed MOTION for Extension of Time to File Answer re 1 Complaint, by Typemock, Ltd.. (Attachments: # 1 Proposed Order)(Close, Howard) (Entered: 12/30/2016) |
| 01/04/2017 | 14 | ORDER GRANTING 13 Motion for Extension of Time to Answer re 1 Complaint; Telerik Inc. answer due 2/3/2017. Signed by Judge Lee Yeakel. (klw) (Entered: 01/04/2017) |
| 01/31/2017 | 15 | Second MOTION for Extension of Time to File Answer by Telerik Inc.. (Attachments: # 1 Proposed Order Proposed Order)(Thompson, Karson) (Entered: 01/31/2017) |
| 01/31/2017 | 16 | Letters to B.D. Daniel, Steven M. Bauer, Esq.and Steven M. Bauer, Esq. re: non−admitted status.(klw) (Entered: 01/31/2017) |
| 02/03/2017 | 17 | ORDER GRANTING 15 Motion for Extension of Time to Answer re 1 Complaint; Telerik Inc. answer due 3/6/2017. Signed by Judge Lee Yeakel. (klw) (Entered: 02/03/2017) |
| 02/15/2017 | 18 | Joint MOTION to Transfer Case *Venue* by Telerik Inc.. (Attachments: # 1 Proposed Order Propose Order)(Thompson, Karson) (Entered: 02/15/2017) |
| 02/16/2017 | 19 | ORDER GRANTING Joint 18 Motion to Transfer Venue. ORDER that this case is hereby transferred to the United States District Court for the District of Massachusetts, Boston Division. ORDER that Defendant Telerik, Inc. shall have 30 days from the date on which the case is docketed in the United States District Court for the District of Massachusetts, Boston Division, to answer or otherwise respond to Plaintiffs Complaint. Signed by Judge Lee Yeakel. (klw) (Entered: 02/16/2017) |