IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Typemock, LTD.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Telerik, Inc.,<br><br>　　　　　Defendant. | Case No.:  1:17-cv-10274-RGS<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO ENLARGE CASE SCHEDULE

Plaintiff Typemock, LTD. and Defendant Telerik, Inc.  respectfully move this Court to

enlarge the case schedule in this action as follows:

| Event Description | Current Date[1] | [Proposed] Date |
|---|---|---|
| Preliminary non-infringement and invalidity disclosures | August 4, 2017 | August 25, 2017 |
| Parties to exchange proposed terms and constructions | October 11, 2017 | October 20, 2017 |
| Opening claim construction briefs (of no more than 25 pages) | November 1, 2017 | November 7, 2017 |
| Reply briefs (of no more than 15 pages) | November 15, 2017 | November 21, 2017 |
| Joint claim construction statement, including a ranking of the terms to be construed in the order of decreasing importance to the dispute as determined by the parties | November 29, 2017 | December 8, 2017 |
| *Markman* Hearing | At Court's convenience | At Court's convenience |

---

[1]  The Current Dates are based off the Court's April 13, 2017 Scheduling Order.  Dkt. No. 35.

As grounds for this motion, the Parties state as follows:

1.      This is a patent infringement case, in which the Court set a pre-*Markman* hearing schedule on April 13, 2017.  Dkt. No. 35.

2.      The Parties propose enlarging the case schedule to permit orderly and efficient preparation of this case by extending the deadline for Defendant Telerik, Inc. to serve preliminary non-infringement and invalidity because its lead technical advisor is on holiday, and extending the deadlines related to claim construction such that the parties can review each other's contentions prior to exchanging propose constructions and terms.


**WHEREFORE**, the Parties respectfully request that this Court enlarge the case schedule deadlines as indicated above.

Dated:  August 4, 2017

Respectfully Submitted:

| | |
|---|---|
| *s/ John M. Kitchura, Jr.* | *s/ Ronald Abramson (with permission)* |
| Steven M. Bauer (BBO No. 542531) | Philip C. Swain (BBO 544632) |
| John M. Kitchura, Jr. (BBO No. 681542) | **FOLEY HOAG LLP** |
| **PROSKAUER ROSE LLP** | 155 Seaport Boulevard |
| One International Place | Boston, Massachusetts 02210 |
| Boston, Massachusetts 02110-2600 | (617) 832-1150 *telephone* |
| (617) 526-9600 *telephone* | (617) 832-7000 *facsimile* |
| (617) 526-9899 *facsimile* | pswain@foleyhoag.com |
| sbauer@proskauer.com | |
| jkitchura@proskauer.com | Ronald Abramson |
| | David G. Liston |
| Attorneys for Defendant Telerik, Inc. | **LEWIS BAACH KAUFMANN** |
| | **MIDDLEMISS PLLC** |
| | The Chrysler Building |
| | 405 Lexington Avenue, 62nd Floor |
| | New York, NY 10174 |
| | (212) 826-7001 *telephone* |
| | (617) 826-7146 *facsimile* |
| | ronald.abramson@lbkmlaw.com |
| | david.liston@lbkmlaw.com |
| | |
| | Attorneys for Plaintiff Typemock, LTD. |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 4, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. A copy of the document will be served upon all parties via electronic mail.

*/s/ John M. Kitchura, Jr.*
John M. Kitchura, Jr.