IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| Typemock, LTD., | |
|---|---|
| Plaintiff, | |
| v. | Case No.: 1:17-cv-10274-RGS |
| Telerik, Inc., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## JOINT MOTION TO ENLARGE CASE SCHEDULE

Plaintiff Typemock, LTD. and Defendant Telerik, Inc. respectfully move this Court to enlarge the case schedule in this action as follows:

| Event Description | Current Date[1] | [Proposed] Date |
|---|---|---|
| *Amended* preliminary infringement contentions | | October 31, 2017 |
| Parties to exchange proposed terms and constructions | October 20, 2017 | December 1, 2017 |
| Opening claim construction briefs (of no more than 25 pages) | November 10, 2017 | December 15, 2017 |
| Reply briefs (of no more than 15 pages) | November 24, 2017 | January 5, 2018 |
| Joint claim construction statement, including a ranking of the terms to be construed in the order of decreasing importance to the dispute as determined by the parties | December 8, 2017 | January 12, 2018 |
| *Markman* Hearing | At Court's convenience | At Court's convenience |

As grounds for this motion, the Parties state as follows:

---

[1] The Current Dates are based off the Court's August 8, 2017 Order. Dkt. No. 39.

1

1.      This is a patent infringement case, in which on April 13, 2017, the Court set a claim construction briefing schedule.  Dkt. No. 35.  The court enlarged this schedule by Order on August 8, 2017.  Dkt. No. 39.

2.      In view of certain information exchanged during the discovery period, the Parties have agreed that Plaintiff Typemock, LTD. may amend its preliminary infringement contentions, asserting certain additional claims and dropping certain presently-asserted claims.  They have further agreed that Plaintiff's removal of any presently-asserted claims from its infringement contentions will be binding on Typemock and that those claims may not later be reasserted against the Defendant.

3.      As a result of this agreement, the amendment of the infringement contentions will have an impact on the Court's *Markman* briefing schedule.  Accordingly, the Parties propose extending the deadlines for *Markman* briefing to allow them to take into account the new and dropped claims, such that they can efficiently address the issues and the Court can schedule a hearing at its convenience in February 2018.

   **WHEREFORE**, the Parties respectfully request that this Court enlarge the case schedule deadlines as indicated above.

| | |
|---|---|
| Dated: October 20, 2017 | Respectfully Submitted: |
| */s/ Steven M. Bauer* | */s/ Ronald Abramson (with permission)* |
| Steven M. Bauer (BBO No. 542531) | Philip C. Swain (BBO 544632) |
| John M. Kitchura, Jr. (BBO No. 681542) | **FOLEY HOAG LLP** |
| **PROSKAUER ROSE LLP** | 155 Seaport Boulevard |
| One International Place | Boston, Massachusetts 02210 |
| Boston, Massachusetts 02110-2600 | (617) 832-1150 *telephone* |
| (617) 526-9600 *telephone* | (617) 832-7000 *facsimile* |
| (617) 526-9899 *facsimile* | pswain@foleyhoag.com |
| sbauer@proskauer.com | |
| jkitchura@proskauer.com | Ronald Abramson |
| | David G. Liston |
| | **LEWIS BAACH KAUFMANN** |
| | **MIDDLEMISS PLLC** |
| Attorneys for Defendant Telerik, Inc. | The Chrysler Building |
| | 405 Lexington Avenue, 62nd Floor |
| | New York, NY 10174 |
| | (212) 826-7001 *telephone* |
| | (617) 826-7146 *facsimile* |
| | ronald.abramson@lbkmlaw.com |
| | david.liston@lbkmlaw.com |
| | |
| | Attorneys for Plaintiff Typemock, LTD. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2017, I caused a true and correct copy of the foregoing document to be filed through the CM/ECF system which will send electronic copies to all counsel of record.

*/s/ Steven M. Bauer*
Steven M. Bauer