# Exhibit 2

CONFIDENTIAL

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

| | |
|---|---|
| TYPEMOCK, LTD., <br><br> Plaintiff, <br><br> v. <br><br> TELERIK INC., <br><br> Defendant. | Case No.: 1:17-cv-10274-RGS |

**PLAINTIFF TYPEMOCK, LTD.'S FIRST AMENDED AND SUPPLEMENTAL
OBJECTIONS AND RESPONSES TO DEFENDANT'S
FIRST SET OF INTERROGATORIES**

Plaintiff Typemock, Ltd. ("Plaintiff" or "Typemock") provides the following first

amended and supplemental objections and responses to Defendant's First Set of Interrogatories.

### GENERAL OBJECTIONS

1.      Typemock objects to these Interrogatories to the extent they seek disclosure of

matter protected under the doctrines of attorney-client privilege and/or attorney work product,

and/or matter that is otherwise protected from disclosure.

2.      Typemock objects to discovery concerning "Related Patents" as defined to

include patents outside the family claiming priority based on U.S. Prov. Pat. App. S/N

60/826,749 as such discovery as irrelevant and disproportionate to the needs of the case.

3.      Typemock objects to these Interrogatories to the extent they are premature in light

of the timetable set forth in the Scheduling Order. (Dkt. Nos. 35, 38, and 39.)

4.      Typemock objects to the definitions and instructions set forth in these

Interrogatories to the extent they seek to impose obligations in excess of those authorized under

CONFIDENTIAL

the Federal Rules of Civil Procedure and Local Rules 26.5 and 33.1.

5.      Typemock objects to these Interrogatories to the extent they seek information as to patent claims that are not being asserted in this case.

6.      Typemock reserves the right to supplement its responses to these Interrogatories based on information it learns during the pendency of this action.

7.      Unless stated otherwise, any date in Typemock's response shall be interpreted to be "on or about" the specified date.

8.      Typemock objects to the term "Isolator product" as undefined, vague and ambiguous, and objects to the definition of "Embodying Product" as calling for a legal conclusion.

## INTERROGATORIES

**Interrogatory No. 1:** Identify the product name (e.g., Isolator 8.x for .NET), type (e.g., Basic, SharePoint, Essential, Complete,...), version and build number (e.g., 8.x.x), and internal code name(s) of each Isolator product and Embodying Product for which Typemock has made, used, offered to sell, sold (directly or through intermediaries), and/or publically [sic] demonstrated or released. This identification should be provided in spreadsheet or table format and include at least the following information:

| Product Name | Type | Version/Build Nos. | Code Name(s) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**Response No. 1:** Typemock interprets the term "Isolator product" (which is undefined) to include Typemock's product currently called Isolator, and all predecessors of the same. It further objects to the definition of "Type" as being vague and unclear. It interprets "Type" to mean differentiating product or use characteristics. Typemock objects to the extent this Interrogatory (and other Interrogatories below that are based on answers to this Interrogatory) addresses

Case 1:17-cv-10274-RGS   Document 56-2   Filed 04/12/18   Page 4 of 19

<u>CONFIDENTIAL</u>

Typemock products that existed solely internally for development and/or did not embody any of the patents-in-suit. Subject to the foregoing and its general objections, Typemock responds to the best of its knowledge as follows:

| Product Name | Type | Version / Build Nos. | Code Name(s) |
|---|---|---|---|
| Typemock.NET | Internal | 2.0 | |
| Typemock.NET | Experimental | 2.1 | |
| Typemock.NET | Experimental | 2.2 | |
| Typemock.NET | Experimental | 2.3 | |
| Typemock.NET | Experimental | 2.3.9.1 Beta | .Net 2.0 Beta |
| Typemock.NET | Experimental | 2.3.9.2 Beta | .Net 2.0 Beta |
| Typemock.NET | Experimental | 3.0 Beta | .Net 2.0 Beta |
| Typemock.NET | First commercial release (see response to Interrogatories 2 and 7) | 3.0 | |
| Typemock.NET | | 3.0.1 | |
| Typemock.NET | | 3.0.3 | |
| Typemock.NET | | 3.1 Beta | |
| Typemock.NET | | 3.1 | |
| Typemock.NET | | 3.1.1 | |
| Typemock.NET | | 3.1.3 | |
| Typemock.NET | | 3.1.4 | |
| Typemock.NET | | 3.5.0 | |
| Typemock.NET | | 3.5.1 | |
| Typemock.NET | | 3.5.2 | |
| Typemock.NET | | 3.6.0 | |
| Typemock.NET | | 3.6.1 | |
| Typemock.NET | | 3.7.0 | |
| Typemock.NET | | 3.7.1 | |
| Typemock.NET | | 4.0 | |
| Typemock.NET | | 4.0.2 | |
| Typemock.NET | | 4.0.3 | |
| Typemock.NET | | 4.0.5 | |
| Typemock.NET | | 4.1 | |
| Typemock.NET | | 4.2 | |
| Typemock Isolator | 32bit, 64 bit | 5.0 | |
| Typemock Isolator | 32bit, 64 bit | 5.1 | |
| Typemock Isolator | 32bit, 64 bit | 5.1.1 | |
| Typemock Isolator | 32bit, 64 bit, Sharepoint, for OpenSource | 5.1.2 | |
| Typemock Isolator | 32bit, 64 bit, Sharepoint, for OpenSource | 5.2 | |
| Typemock Isolator | 32bit, 64 bit, Sharepoint, for OpenSource | 5.2.1 | |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Typemock Isolator | 32bit, 64 bit, Sharepoint, for OpenSource | 5.2.2 | |
| Typemock Isolator | 32bit, 64 bit, Sharepoint, for OpenSource | 5.2.3 | |
| Typemock Isolator | 32bit, 64 bit, Sharepoint, for OpenSource | 5.3 | |
| Typemock Isolator | 32bit, 64 bit, Sharepoint, for OpenSource | 5.3.1 | |
| Typemock Isolator | 32bit, 64 bit, Sharepoint, for OpenSource | 5.3.4 | |
| Typemock Isolator | 32bit, 64 bit, Sharepoint, for OpenSource | 5.3.5 | |
| Typemock Isolator | 32bit, 64 bit, Sharepoint, for OpenSource | 5.4 | |
| Typemock Isolator | 32bit, 64 bit, Sharepoint, for OpenSource | 5.4.2. | |
| Typemock Isolator | 32bit, 64 bit, Sharepoint, for OpenSource | 5.4.3 | |
| Typemock Isolator | 32bit, 64 bit, Sharepoint, for OpenSource | 5.4.4 | |
| Typemock Isolator | 32bit, 64 bit, Sharepoint, for OpenSource | 5.4.5 | |
| Typemock Isolator 2010 | 2010, Sharepoint, for OpenSource, Server | 6.0 | |
| Typemock Isolator 2010 | 2010, Sharepoint, for OpenSource, Server | 6.0.1 | |
| Typemock Isolator 2010 | 2010, Sharepoint, for OpenSource, Server | 6.0.2 | |
| Typemock Isolator 2010 | 2010, Sharepoint, for OpenSource, Server | 6.0.3 | |
| Typemock Isolator 2010 | 2010, Sharepoint, for OpenSource, Server | 6.0.4 | |
| Typemock Isolator 2010 | 2010, Sharepoint, for OpenSource, Server | 6.0.6 | |
| Typemock Isolator 2010 | 2010, Sharepoint, for OpenSource, Server | 6.0.8 | |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Typemock Isolator 2010 | 2010, Sharepoint, for OpenSource, Server | 6.0.9 | |
| Typemock Isolator 2010 | 2010, Sharepoint, for OpenSource, Server | 6.0.10 | |
| Typemock Isolator 2010 | 2010, Sharepoint, for OpenSource, Server | 6.1 | |
| Typemock Isolator 2010 | 2010, Sharepoint, for OpenSource, Server | 6.1.1 | |
| Typemock Isolator 2010 | 2010, Sharepoint, for OpenSource, Server | 6.1.2 | |
| Typemock Isolator 2010 | 2010, Sharepoint, for OpenSource, Server | 6.2 | |
| Typemock Isolator 2010 | 2010, Sharepoint, for OpenSource, Server | 6.2.1 | |
| Typemock Isolator 2010 | 2010, Sharepoint, for OpenSource, Server | 6.2.2 | |
| Typemock Isolator 2010 | 2010, Sharepoint, for OpenSource, Server | 6.2.3 | |
| Typemock Isolator 2010 | 2010, Sharepoint, for OpenSource, Server | 6.2.5 | |
| Typemock Isolator | Basic, Essential, Complete | 7.0.0 | |
| Typemock Isolator | Basic, Essential, Complete | 7.0.1 | |
| Typemock Isolator | Basic, Essential, Complete | 7.0.2 | |
| Typemock Isolator | Basic, Essential, Complete | 7.0.3 | |
| Typemock Isolator | Basic, Essential, Complete | 7.0.4 | |
| Typemock Isolator | Basic, Essential, Complete | 7.0.5 | |
| Typemock Isolator | Basic, Essential, Complete | 7.0.6 | |
| Typemock Isolator | Basic, Essential, Complete | 7.0.7 | |
| Typemock Isolator | Basic, Essential, Complete | 7.0.8 | |
| Typemock Isolator | Basic, Essential, Complete | 7.0.9 | |
| Typemock Isolator | Basic, Essential, Complete | 7.0.10 | |
| Typemock Isolator | Basic, Essential, Complete | 7.1.1 | |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Typemock Isolator | Basic, Essential, Complete | 7.1.2 | |
| Typemock Isolator | Basic, Essential, Complete | 7.1.3 | |
| Typemock Isolator | Basic, Essential, Complete | 7.1.4 | |
| Typemock Isolator | Basic, Essential, Complete | 7.1.5 | |
| Typemock Isolator | Basic, Essential, Complete | 7.1.6 | |
| Typemock Isolator | Basic, Essential, Complete | 7.1.7 | |
| Typemock Isolator | Basic, Essential, Complete | 7.2 | |
| Typemock Isolator | Basic, Essential, Complete | 7.2.1 | |
| Typemock Isolator | Basic, Essential, Complete | 7.2.2 | |
| Typemock Isolator | Basic, Essential, Complete | 7.2.3 | |
| Typemock Isolator | Basic, Essential, Complete | 7.2.4 | |
| Typemock Isolator | Basic, Essential, Complete | 7.2.5 | |
| Typemock Isolator | Basic, Essential, Complete | 7.2.6 | |
| Typemock Isolator | Basic, Essential, Complete | 7.3 | |
| Typemock Isolator | Basic, Essential, Complete | 7.3.1 | |
| Typemock Isolator | Basic, Essential, Complete | 7.3.2 | |
| Typemock Isolator | Basic, Essential, Complete | 7.4 | |
| Typemock Isolator | Basic, Essential, Complete | 7.4.1 | |
| Typemock Isolator | Basic, Essential, Complete | 7.4.2 | |
| Typemock Isolator | Basic, Essential, Complete | 7.4.3 | |
| Typemock Isolator | Basic, Essential, Complete | 7.5 | |
| Typemock Isolator | Basic, Essential, Complete | 7.5.1 | |
| Typemock Isolator | Basic, Essential, Complete | 7.5.2 | |
| Typemock Isolator | Basic, Essential, Complete | 7.5.3 | |
| Typemock Isolator | Basic, Essential, Complete | 7.5.4 | |
| Typemock Isolator | Basic, Essential, Complete | 7.5.5 | |
| Typemock Isolator | Basic, Essential, Complete | 7.5.6 | |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Typemock Isolator | Basic, Essential, Complete | 8.0 | |
| Typemock Isolator | Basic, Essential, Complete | 8.0.1 | |
| Typemock Isolator | Basic, Essential, Complete | 8.0.3 | |
| Typemock Isolator | Basic, Essential, Complete | 8.0.4 | |
| Typemock Isolator | Basic, Essential, Complete | 8.0.5 | |
| Typemock Isolator | Basic, Essential, Complete | 8.0.6 | |
| Typemock Isolator | Basic, Essential, Complete | 8.1 | |
| Typemock Isolator | Basic, Essential, Complete | 8.1.1 | |
| Typemock Isolator | Basic, Essential, Complete | 8.1.2 | |
| Typemock Isolator | Basic, Essential, Complete | 8.1.3 | |
| Typemock Isolator | Basic, Essential, Complete | 8.1.4 | |
| Typemock Isolator | Basic, Essential, Complete | 8.2 | |
| Typemock Isolator | Basic, Essential, Complete | 8.2.1 | |
| Typemock Isolator | Basic, Essential, Complete | 8.2.2 | |
| Typemock Isolator | Basic, Essential, Complete | 8.2.3 | |
| Typemock Isolator | Basic, Essential, Complete | 8.3 | |
| Typemock Isolator | Basic, Essential, Complete | 8.4 | |
| Typemock Isolator | Basic, Essential, Complete | 8.4.1 | |
| Typemock Isolator | Basic, Essential, Complete | 8.4.2 | |
| Typemock Isolator | Basic, Essential, Complete | 8.4.3 | |
| Typemock Isolator | Basic, Essential, Complete | 8.5 | |
| Typemock Isolator | Basic, Essential, Complete | 8.5.1 | |
| Typemock Isolator | Basic, Essential, Complete | 8.5.2 | |
| Typemock Isolator | Basic, Essential, Complete | 8.6 | |

CONFIDENTIAL

**Interrogatory No. 2:** Separately for each Isolator product and Embodying Product identified in response to Interrogatory No. 1, identify the date that the product was first made, used, offered for sale, sold (directly or through intermediaries), and/or publically [sic] demonstrated or released.

**Response No. 2:** Typemock objects to the terms "publically [sic] demonstrated or released" as vague and ambiguous, and also objects to extent that answering this Interrogatory requires Typemock to make legal conclusions and/or requires information solely in the possession of third parties. Subject to the foregoing (including Typemock's objections to Interrogatory No. 1) and to Typemock's general objections, Typemock answers this Interrogatory as follows:

**The date each identified product "was first made":**

| Version | Date First Made* |
| --- | --- |
| 2.0 | 16-Jan-2005 |
| 2.1 | 3-Feb-2005 |
| 2.2 | 22-Mar-2005 |
| 2.3 | 17-May-2005 |
| 2.3.2 | 17-Jun-2005 |
| 2.3.9.1 Beta | 5-Sep-2005 |
| 2.3.9.2 Beta | 14-Sep-2005 |
| 3.0 Beta | 3-Oct-2005 |
| 3.0 | 23-Nov-2005 |
| 3.0.1 | 30-Nov-2005 |
| 3.0.3 | 14-Feb-2006 |
| 3.1 Beta | 21-Mar-2006 |
| 3.1 | 4-Feb-2006 |
| 3.1.1 | 6-Apr-2006 |
| 3.1.3 | 28-Apr-2006 |
| 3.1.4 | 23-May-2006 |
| 3.5.0 | 26-Jun-2006 |
| 3.5.1 | 2-Jul-2006 |
| 3.5.2 | 22-Aug-2006 |
| 3.6.0 | 21-Sep-2006 |
| 3.6.1 | 2-Nov-2006 |
| 3.7.0 | 20-Feb-2007 |
| 3.7.1 | 22-Feb-2007 |
| 4.0 | 15-May-2007 |
| 4.0.2 | 26-Jun-2007 |
| 4.0.3 | 16-Jul-2007 |
| 4.0.5 | 18-Sep-2007 |
| 4.1 | 2-Oct-2007 |
| 4.2 | 18-Jan-2008 |
| 5.0 | 18-Aug-2008 |
| 5.1 | 23-Oct-2008 |

CONFIDENTIAL

| | |
|---|---|
| 5.1.1 | 29-Oct-2008 |
| 5.1.2 | 24-Nov-2008 |
| 5.2 | 12-Jan-2009 |
| 5.2.1 | 19-Jan-2009 |
| 5.2.2 | 25-Feb-2009 |
| 5.2.3 | 8-Mar-2009 |
| 5.3 | 23-Mar-2009 |
| 5.3.1 | 3-Jun-2009 |
| 5.3.4 | 19-Aug-2009 |
| 5.3.5 | 17-Sep-2009 |
| 5.4 | 8-Oct-2009 |
| 5.4.2. | 18-Oct-2009 |
| 5.4.3 | 26-Oct-2009 |
| 5.4.4 | 16-Nov-2009 |
| 5.4.5 | 2-Dec-2009 |
| 6.0 | 18-Jan-2010 |
| 6.0.1 | 14-Feb-2010 |
| 6.0.2 | 25-Mar-2010 |
| 6.0.3 | 29-May-2010 |
| 6.0.4 | 21-Jun-2010 |
| 6.0.6 | 11-Aug-2010 |
| 6.0.8 | 16-Mar-2011 |
| 6.0.9 | 4-May-2011 |
| 6.0.10 | 25-May-2011 |
| 6.1 | 19-Jul-2011 |
| 6.1.1 | 1-Aug-2011 |
| 6.1.2 | 15-Aug-2011 |
| 6.2 | 21-Nov-2011 |
| 6.2.1 | 23-Nov-2011 |
| 6.2.2 | 29-Nov-2011 |
| 6.2.3 | 26-Dec-2011 |
| 6.2.5 | 31-Jan-2012 |
| 7.0.0 | 12-Mar-2012 |
| 7.0.1 | 15-Mar-2012 |
| 7.0.2 | 20-Mar-2012 |
| 7.0.3 | 25-Mar-2012 |
| 7.0.4 | 1-Apr-2012 |
| 7.0.5 | 11-Apr-2012 |
| 7.0.6 | 29-Apr-2012 |
| 7.0.7 | 18-Jun-2012 |
| 7.0.8 | 10-Jul-2012 |
| 7.0.9 | 6-Aug-2012 |
| 7.0.10 | 5-Sep-2012 |
| 7.1.1 | 19-Sep-2012 |
| 7.1.2 | 19-Sep-2012 |
| 7.1.3 | 2-Oct-2012 |
| 7.1.4 | 10-Oct-2012 |
| 7.1.5 | 14-Oct-2012 |
| 7.1.6 | 7-Nov-2012 |
| 7.1.7 | 3-Jan-2013 |
| 7.2 | 20-Jan-2013 |
| 7.2.1 | 28-Jan-2013 |
| 7.2.2 | 7-Feb-2013 |

CONFIDENTIAL

| | |
|---|---|
| 7.2.3 | 10-Feb-2013 |
| 7.2.4 | 12-Feb-2013 |
| 7.2.5 | 14-Feb-2013 |
| 7.2.6 | 20-Feb-2013 |
| 7.3 | 24-Feb-2013 |
| 7.3.1 | 26-Feb-2013 |
| 7.3.2 | 27-Feb-2013 |
| 7.4 | 9-May-2013 |
| 7.4.1 | 30-Jun-2013 |
| 7.4.2 | 28-Aug-2013 |
| 7.4.3 | 15-Jan-2014 |
| 7.5 | 21-May-2014 |
| 7.5.1 | 25-Jun-2014 |
| 7.5.2 | 30-Jul-2014 |
| 7.5.3 | 27-Aug-2014 |
| 7.5.4 | 8-Sep-2014 |
| 7.5.5 | 10-Sep-2014 |
| 7.5.6 | 30-Sep-2014 |
| 8.0 | 27-Jan-2015 |
| 8.0.1 | 23-Feb-2015 |
| 8.0.3 | 18-Mar-2015 |
| 8.0.4 | 26-Mar-2015 |
| 8.0.5 | 31-Mar-2015 |
| 8.0.6 | 26-Apr-2015 |
| 8.1 | 5-May-2015 |
| 8.1.1 | 12-May-2015 |
| 8.1.2 | 9-Jun-2015 |
| 8.1.3 | 24-Jun-2015 |
| 8.1.4 | 3-Jul-2015 |
| 8.2 | 13-Aug-2015 |
| 8.2.1 | 10-Sep-2015 |
| 8.2.2 | 30-Sep-2015 |
| 8.2.3 | 20-Oct-2015 |
| 8.3 | 21-Feb-2016 |
| 8.4 | 14-Jun-2016 |
| 8.4.1 | 21-Jun-2016 |
| 8.4.2 | 10-Jul-2016 |
| 8.4.3 | 1-Aug-2016 |
| 8.5 | 10-Sep-2016 |
| 8.5.1 | 29-Sep-2016 |
| 8.5.2 | 11-Dec-2016 |
| 8.6 | 9-May-2017 |

* All versions were made in Israel by Typemock.

CONFIDENTIAL

**The date each identified product was "used, offered for sale, sold (directly or through intermediaries), and/or publically [sic] demonstrated or released":**

Versions 1.x

Product versions with numbers 1.x shown on Wayback Machine pages, pointed out by Telerik's counsel, are not for the Isolator product, and are not relevant to any claims or defenses in the litigation.

Versions 2.0 to 3.0 Beta

Version 2.0, and any prior versions of the Isolator product, were internal to Typemock.

Versions 2.1 - 3.0 Beta (and in general all versions prior to version 3.0) were experimental versions, with which the inventor was seeking to establish that the general subject matter of implementing unit testing by isolating components was workable; to determine what refinements were necessary to make the subject matter useful for a reasonable range of use cases; and to work out how such additional functionality could be incorporated in a manner that did not break existing functionality.

Versions 2.1 - 3.0 Beta could be downloaded from Typemock's web site for testing. Typemock believes on the basis of currently available information that "Buy" links may have been provided on its web site during this period for these versions, but that any such links were not functional to purchase a license by an electronic transaction, and led instead to an email form, with which a prospective user could submit contact and related information for evaluation by Typemock as to the appropriateness of the prospective user as a tester. Licenses were issued for limited times and, in the case of these versions, for purposes of testing.

On recent review, it was determined that there were two payments associated with licenses for versions prior to version 3.0, one activated on August 22, 2005 to a company

CONFIDENTIAL

believed to be based in the U.K., and the other activated on August 3, 2005, to a company believed to be based in the U.S.

With regard to the aforementioned one (1) license in the name of a company now believed to have been based in the U.S., a payment was recorded by Typemock on August 28, 2006, which was the date Typemock's financial system was launched. Typemock believes the payment likely took place before August 28, 2006, but at an uncertain, prior date. Typemock has not located any other record related to this payment.

Typemock contends that, to the extent any of the activity more than one year prior to the date of said provisional patent application (the "Critical Date") could otherwise constitute public use or being on sale in the U.S., the activity is within the doctrine of experimental use and therefore not invalidating of any claims whose subject matter may have been embodied in Typemock's software at that time.

Versions 3.0 and thereafter

To the best Typemock has been able to determine based on currently available information, version 3.0 was the first commercial release of the Isolator product, and was first offered for sale on Nov. 23, 2005 (see response to Interrogatory No. 7). Generally, each identified version from and after version 3.0 was released within a short period after the date it was made, as noted in the table above.

Reference to Documents

In further response to this Interrogatory, Typemock also refers to documents to be produced in response to Telerik's request for Documents No. 34.

CONFIDENTIAL

**Interrogatory No. 3:** Separately for each Isolator product and Embodying Product identified in response to Interrogatory No. 1, state your quarterly total revenues, costs, and profits associated with each such product, and describe your methods for calculating such figures.

**Response No. 3:** Typemock repeats its objections to Interrogatories Nos. 1 and 2. Typemock further objects to this Interrogatory insofar as it does not have data in the form requested and putting it in that form would be disproportionate to the needs of the case and imprecise at best. Subject to the foregoing and the general objections, Typemock states that documents relevant to this Interrogatory will be provided in response to Telerik's First Set of Requests for Production of Documents and Things as set forth in Typemock's responses thereto.

**Interrogatory No. 4:** Separately, for each asserted claim of the Patents-in-Suit, provide a chart identifying where each element of each asserted claim is found in each Isolator product and/or Embodying Product.

**Response No. 4:** Typemock repeats its objections to Interrogatories Nos. 1 and 2 and further objects to this request as calling for legal conclusions, calling for claim construction positions in advance of the Court's schedule therefor, and for seeking voluminous information of limited relevance, and disproportionate to the needs of the case. Subject to the foregoing and to its general objections, Typemock responds as follows:

Typemock has not been able to locate the source code for any versions prior to 3.1.4. Binaries for some of these versions are currently available, but Typemock has not been able to locate the dependencies necessary to run these binaries. To the best recollection of the inventor, and based on available Release Notes, versions made before the Critical Date, including versions 2.2-2.3.9, had limited functionality, but may have been capable of operating in accordance with claims 1 and 50 of the '923 patent and claim 1 of the '041 patent. Further, based on this

CONFIDENTIAL

information, Typemock also states that the subject matter of many dependent claims of the

patents-in-suit, including many alleged to be infringed by Telerik, was not introduced until after

the Critical Date, as reflected in such documents and in source code that Typemock will make

available pursuant to the Protective Order.


**Interrogatory No. 5:** Describe and identify all licenses and efforts to license the Patents-in-Suit
and/or any Related Patents.

**Response No. 5:** Typemock objects to discovery concerning "Related Patents" as defined to

include patents outside the family claiming priority based on US Prov. Pat. App. S/N 60/826,749

as such discovery as irrelevant and disproportionate to the needs of the case.

Subject to the foregoing and general objections, Typemock states that it has granted a

license to the family including the Patents-in-Suit to Microsoft Corporation, which Typemock

has produced on an "Attorneys' Eyes Only" basis (TYPEMOCK-0000001-10).

With regard to earlier licensing efforts, Typemock will produce non-privileged responsive

documents sufficient to address this Interrogatory.


**Interrogatory No. 6:** Identify the date (or dates) that you contend constitute(s) the date(s) for the
hypothetical negotiation(s) contemplated by Georgia-Pacific Corp. v. U.S. Plywood Corp., 318
F. Supp. 1116 (S.D.N.Y. 1970), in determining a reasonable royalty for the Patents-in-Suit, and
describe the factual and legal basis for your contention.

**Response No. 6:** Subject to the general objections, Typemock states that the date requested is

generally taken to be the issue date of the relevant patent, but that later dates may be relevant

under facts to be developed in further discovery herein.

14

CONFIDENTIAL

**Interrogatory No. 7:** Separately for each asserted claim of the Patents-in-Suit, describe all facts and circumstances evidencing your contention of the conception and reduction to practice of the alleged invention and any intervening diligence, including, but not limited to, where, when, how, and by whom the claim was conceived, tested, and reduced to practice, and identify any documents, information and things you contend evidence the alleged conception, testing, reduction to practice, and diligence.

**Response No. 7:** Subject to the general objections, Typemock states that the inventor came up with the idea that was the basis of the Patents-in-Suit after trying to implement unit tests.

The inventor considered the then current means to implement unit tests to be too difficult and thus sought to develop another solution.

The first solution the inventor found required changing the code to use Interfaces. However, this was something the inventor considered undesirable as it changed the production code. Then the inventor found he could use ContextBoundObject. But he determined this was also not good enough for his requirements as it could not support generics.

The inventor then looked for another solution and after trying many ways found he could change the actual IL of the code. He started to write this method to isolate, and allowed others to test it. Such testing is reflected in questions and comments in Typemock's online forum.

The inventor thereafter further refined the invention and Typemock issued a first commercial release of version 3.0, on November 23, 2005. Additional features described in said provisional patent application were added in later versions.

**Interrogatory No. 8:** Separately for each asserted claim of the Patents-in-Suit, identify any secondary considerations of non-obviousness you contend render the claimed invention non-obvious, and describe all facts and identify all documents upon which you rely in support of your contention.

CONFIDENTIAL

**Response No. 8:** Typemock objects to this Interrogatory as being premature as discovery has just begun.  Subject to the foregoing, and to the general objections, Typemock identifies the following secondary considerations:

i.   Among others, Typemock, Telerik, and Microsoft have obtained commercial success using and because of the subject matter claimed in the Patents-in-Suit

ii.  There had been a long-felt but unsolved need in the industry. Unit testing has always been considered a good practice but is hard to do, so developers tend not to do it, leading to numerous costly software bugs.

iii. The inventor was required to overcome unexpected results, including but not limited to:

    a.   The weaver must run well in debug mode too, and thus the inventor had to fix the debug to code mapping to ignore the code he added.

    b.   The weaver must take into consideration small and large method headers and event handlers.

    c.   Try catch handlers must also be updated to point to the correct positions in the code after the code has been added.

    d.   Creating new code must take place when the assembly is first loaded.

    e.   Signed assemblies can only call other signed assemblies so the Mock Framework is signed.

    f.   In order to support multiple .NET versions the same Weaver is used and has instructions that enable it to use features of the later version only when that version is available.

    g.   The Mock Framework assembly should not be weaved as this will lead to a recursive infinite loop.

CONFIDENTIAL

iv.    Copying of the patented invention by competitors, including but not limited to Telerik's

copying of Typemock code.


Dated: October 3, 2017


/s Ronald Abramson
Ronald Abramson (admitted *pro hac vice*)
(ronald.abramson@lbkmlaw.com)
David G. Liston (admitted *pro hac vice*)
(david.liston@lbkmlaw.com)
**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**
The Chrysler Building
405 Lexington Avenue, 62nd Floor
New York, New York 10174
Tel.: (212) 826-7001

Philip C. Swain
(pcs@foleyhoag.com)
**FOLEY HOAG LLP**
155 Seaport Boulevard
Boston, MA 02210-2600
Tel.: (617) 832-1000

*Attorneys for Typemock, Ltd.*

17

<u>CONFIDENTIAL</u>

## **<u>CERTIFICATE OF SERVICE</u>**

On this 3rd day of October, 2017, I certify that I caused a copy of Plaintiff's Typemock,

LTD.'s First Amended and Supplemental Objections and Responses to Defendant's First Set of

Interrogatories to be served upon the below-listed counsel of record for Defendants via email.


Dated: October 3, 2017

<u>s/ Ronald Abramson</u>
    Ronald Abramson


Steven M. Bauer
John M. Kitchura, Jr.
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts 02110-2600
sbauer@proskauer.com
jkitchura@proskauer.com