# Exhibit F

PROSKAUER ROSE LLP
BOSTON LIBRARY

BCR

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms

## Seventh Edition

LIBRARY
APR 2 5 2005
PROSKAUER ROSE LLP



Published by
Standards Information Network
IEEE Press

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2         SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
    p. cm.
  ISBN 0-7381-2601-2 (paperback : alk. paper)
    1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms. 6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
621.3′03—dc21
                                                                                     00-050601

**counter, radiation**

**counter, radiation** *See:* radiation counter.

**counter tube (A)** (externally quenched) A radiation-counter tube that requires the use of an external quenching circuit to inhibit reignition. **(B)** (gas-filled) A gas tube used for detection of radiation by means of gas ionization. **(C)** (gas-flow) A radiation-counter tube in which an appropriate gas-fill concentration is maintained by a flow of gas through the tube. **(D)** (Geiger-Mueller) A radiation-counter tube operated in the Geiger-Mueller region. **(E)** (self-quenched) A radiation-counter tube in which reignition of the discharge is inhibited by internal processes. (NI/NPS) 309-1999

**counting channel (liquid-scintillation counting)** A region of the pulse-height spectrum that is defined by upper and lower boundaries set by discriminators. (NI) N42.15-1990

**counting efficiency (1) (radiation counter tubes)** The average fraction of the number of ionizing particles or quanta incident on the sensitive area that produce tube counts. *Note:* The operating conditions of the counter and the condition of irradiation must be specified. (ED) 161-1971w
**(2) (scintillation counters)** The ratio of the average number of photons or particles of ionizing radiation that produce counts to the average number incident on the sensitive area. *Note:* The operating conditions of the counter and the conditions of irradiation must be specified. *See also:* scintillation counter. (NPS) 398-1972r
**(3) (liquid-scintillation counting)** The ratio of the count rate to the disintegration rate, usually expressed as a percentage:

$E = (R/A) \times 100.$

$E$ = counting system efficiency
$R$ = net count rate in an individual measurement, counts per minute
$A$ = activity of the radionuclide contained in the check source.

(NI) N42.15-1990

**(4)** The ratio of the number of observed counts to the total number of ionizing particles impinging upon the counter surface when the counting rate is so low that dead-time correction is unnecessary. (NI/NPS) 309-1999

**counting mechanism** (of an automatic line sectionalizer or automatic circuit recloser) A device that counts the number of electrical impulses and, following a predetermined number of successive electrical impulses, actuates a releasing mechanism. It resets if the total predetermined number of successive impulses do not occur in a predetermined time.
(SWG/PE) C37.100-1992

**counting operation** (of an automatic line sectionalizer or automatic circuit recloser) Each advance of the counting mechanism towards an opening operation.
(SWG/PE) C37.100-1992

**counting operation time** (of an automatic line sectionalizer) The time between the cessation of a current above the minimum actuating current value and the completion of a counting operation. (SWG/PE) C37.100-1992

**counting rate (1)** Number of counts per unit time. *See also:* anticoincidence. (ED) [45]
**(2) (germanium spectrometers)** The rate at which detector pulses are being registered in a selected voltage interval. The unit is reciprocal seconds (i.e., $s^{-1}$). (NI) N42.14-1991

**counting-rate meter (pulse techniques)** A device that indicates the time rate of occurrence of input pulses averaged over a time interval. *See also:* scintillation counter.
(NPS) 398-1972r

**counting rate versus voltage characteristic (gas-filled radiation counter tube)** The counting rate as a function of applied voltage for a given constant average intensity of radiation.



Counting rate-voltage characteristic in which

relative plateau slope = $100 \dfrac{\Delta C/C}{\Delta V}$

normalized plateau slope = $\dfrac{\Delta C/\Delta V}{C'/V'} = \dfrac{\Delta C/C'}{\Delta V/V'}$

**counting rate versus voltage characteristic**
(ED/NI/NPS) 161-1971w, 309-1999

**counting region** A region that identifies the first and last memory location of a contiguous series to be summed in a multichannel analyzer. (NI) N42.15-1990

**country beam** *See:* upper (driving) beams.

**country code (telephone switching systems)** The one-, two-, or three-digit number that, in the world numbering plan, identifies each country or integrated numbering plan area in the world. The initial digit is always the world-zone number. Any subsequent digits in the code further define the designated geographical area normally identifying a specific country. On an international call, this code is dialed ahead of the national number. (COM) 312-1977w

**counts, tube, multiple** *See:* multiple tube counts.

**counts, tube, spurious** *See:* spurious tube counts.

**couple (1) (storage cell)** An element of a storage cell consisting of two plates, one positive and one negative. *Note:* The term couple is also applied to a positive and a negative plate connected together as one unit for installation in adjacent cells. *See also:* battery. (PE/EEC) [119]
**(2) (thermoelectric)** A thermoelectric device having two arms of dissimilar composition. *Note:* The term thermoelement is ambiguously used to refer to either a thermoelectric arm or to a thermoelectric couple, and its use is therefore not recommended. *See also:* thermoelectric device. (ED) [46]

**coupled fine** A transmission line with multiple guiding members whose propagating waves interact with each other.
(MTT) 1004-1987w

**coupled modes (fiber optics)** Modes whose energies are shared. *See also:* mode. (Std100) 812-1984w

**coupler (1) (navigation aid terms)** That portion of a navigational system which receives signals of one type from a sensor and transmits signals of a different type to an actuator. *See also:* autopilot coupler. (AES/GCS) 172-1983w
**(2) (surge testing for equipment connected to low-voltage ac power circuits)** A device, or combination of devices, used to feed a surge from a generator to powered equipment while limiting the flow of current from the power source into the generator. *See also:* coupling network.
(SPD/PE) C62.45-1992r
**(3) (fiber optics)** *See also:* optical waveguide coupler.
812-1984w

**coupler interface** That facility of a basic operating unit that is designed to provide convenient connection to, and disconnection from, any other basic operating unit without requiring disassembly of any constituent part of either basic operating unit. This includes standardized mechanical, electrical, electronic, pneumatic, and other interfaces as required.
(VT) 1473-1999

**coupler, optical** *See:* optical directional coupler.

**coupling (1) (ground systems)** The association of two or more circuits or systems in such a way that power or signal information may be transferred from one to another. *Note:* Coupling is described as close or loose. A close-coupled process varies has elements with small phase shift between specified

**coupling aperture**
bles; close-coupled systems have large mutual effect shown mathematically by cross-products in the system matrix.
(PE/PSIM) 81-1983
(2) **(rotating machinery)** A part or combination of parts that connects two shafts for the purpose of transmitting torque or maintaining alignment of the two shafts. (PE) [9]
(3) **(software)** The manner and degree of interdependence between software modules. Types include common-environment coupling, content coupling, control coupling, data coupling, hybrid coupling, and pathological coupling. *Contrast:* cohesion. (C) 610.12-1990
(4) **(waveguide)** The power transfer from one transmission path to a particular mode or form in another. *Note:* Small, undesired coupling is sometimes called isolation, decoupling, or cross coupling. (MTT) 146-1980w
(5) **(instrumentation and control equipment grounding in generating stations)** The mechanism by which an interference source produces interference in a signal circuit.
(PE/EDPG) 1050-1996
(6) The mode of propagation of disturbing energy from a power system to a telecommunications system. There are three forms of coupling between the two systems: magnetic (inductive) coupling, electric (capacitive) coupling, and conductive (resistive) coupling. In addition, coupling by electromagnetic radiation exists and is associated with propagation of radiation fields, e.g., radio frequency interference (RFI), electromagnetic pulse (EMP), and corona.
(PE/PSC) 487-1992
(7) The association of two or more circuits or systems in such a way that power or signal information may be transferred from one system or circuit to another.
(IA/PE/PSE) 1100-1999, 599-1985w

**coupling aperture (coupling hole, coupling slot) (waveguide components)** An aperture in the bounding surface of a cavity resonator, waveguide, transmission line, or waveguide component which permits the flow of energy to or from an external circuit. (MTT) 147-1979w

**coupling capacitance (1) (ground systems)** The association of two or more circuits with one another by means of capacitance mutual to the circuits. (PE/PSIM) 81-1983
(2) **(interference terminology)** The type of coupling in which the mechanism is capacitance between the interference source and the signal system; that is, the interference is induced in the signal system by an electric field produced by the interference source. *See also:* interference. (IE) [43]

**coupling-capacitor voltage transformer (metering)** A voltage transformer comprised of a capacitor divider and an electromagnetic unit so designed and interconnected that the secondary voltage of the electromagnetic units is substantially proportional to, and in phase with, the primary voltage applied to the capacitor divider for all values of secondary burdens within the rating of the coupling-capacitor voltage transformer. (ELM) C12.1-1988

**coupling coefficient (1) (coefficient of coupling)** The ratio of impedance of the coupling to the square root of the product of the total impedances of similar elements in the two meshes. *Notes:* 1. Used only in the case of resistance, capacitance, self-inductance, and inductance coupling. 2. Unless otherwise specified, coefficient of coupling refers to inductance coupling, in which case it is equal to $M/(L_1L_2)^{1/2}$, where $M$ is the mutual inductance, $L_1$ the total inductance of one mesh, and $L_2$ the total inductance of the other. *See also:* network analysis. (IM/HFIM) [40]
(2) **(planar transmission lines)** A number used as a measure of the degree of interaction between the members of a coupled line. One commonly used definition of the coupling coefficient of a symmetrical coupled pair of transmission lines is K, a voltage or field ratio:

$$\frac{\frac{Z_{0e}}{Z_{0o}} - 1}{\frac{Z_{0e}}{Z_{0o}} + 1}$$

where $Z_{0e}$ and $Z_{0o}$ = even- and odd-mode characteristic impedances. (MTT) 1004-1987w

**coupling coefficient, small-signal (electron stream)** The ratio of (A) the maximum change in energy of an electron traversing the interaction space to (B) the product of the peak alternating gap voltage by the electronic charge. *See also:* electron emission; coupling coefficient; coupling. (ED) 161-1971w

**coupling, conductance** *See:* conductance coupling.

**coupling efficiency (fiber optics)** The efficiency of optical power transfer between two optical components. *See also:* coupling loss. (Std100) 812-1984w

**coupling, electric** *See:* electric coupling.

**coupling factor (1) (lightning)** The ratio of the induced voltage to the inducing voltage on parallel conductors. *See also:* direct-stroke protection. (T&D/PE) [10]
(2) **(directional coupler)** The ratio of the incident power fed into the main port, and propagating in the preferred direction, to the power output at an auxiliary port, all ports being terminated by reflectionless terminations. *See also:* waveguide.
(IM/HFIM) [40]
(3) The ratio of the induced voltage to the inducing voltage on parallel conductors. For example, at the tower, the shield or coupling wires and tower crossarms are at practically the same potential (because of lightning stroke travel time). The stress across the insulator string is one minus the coupling factor multiplied by the tower top potential.

$$\text{Stress} = (1.0 - K_{fc}) \times V_{TT}$$

where
$K_{fc}$ is the coupling factor
$V_{TT}$ is the tower top voltage

(PE/SPD) C62.23-1995

**coupling flange (rotating machinery)** The disc-shaped element of a half coupling that permits attachment to a mating half coupling. *Synonym:* flange. *See also:* rotor. (PE) [9]

**coupling function** A mathematical, graphical, or tabular statement of the influence that one element or subsystem has on another element or subsystem, expressed as the effect/cause ratio of related variables or their transforms. *Note:* For a multi-terminal system described by $m$ differential equations and having $m$ input transforms $R_1 \ldots R_m$ and $m$ output transforms $C_1 \ldots C_m$, the coupling functions consist of all effect/cause ratios which can be formed from transforms bearing unlike-numbered subscripts. (CS/PE/EDPG) [3]

**coupling hole** *See:* coupling aperture.

**coupling, hysteresis** *See:* hysteresis coupling.

**coupling, inductance** *See:* inductance coupling.

**coupling, induction** *See:* induction coupling.

**coupling loop (waveguide components)** A conducting loop that permits the flow of energy between a cavity resonator, waveguide, transmission line, or waveguide component and an an external circuit. (MTT) 147-1979w

**coupling loss (fiber optics)** The power loss suffered when coupling light from one optical device to another. *See also:* lateral offset loss; insertion loss; gap loss; extrinsic joint loss; angular misalignment loss; intrinsic joint loss.
(Std100) 812-1984w

**coupling, magnetic friction** *See:* magnetic friction coupling.

**coupling, magnetic-particle** *See:* magnetic-particle coupling.

**coupling network** Electrical circuit for the purpose of transferring energy from one circuit to another. *See also:* coupler.
(SPD/PE) C62.45-1992r

**coupling plane** A metal plate to which discharges are applied to simulate electrostatic discharge to objects adjacent (vertically or horizontally) to the EUT. (EMC) C63.16-1993

**coupling probe (waveguide components)** A probe that permits the flow of energy between a cavity resonator, waveguide, transmission line, or waveguide component and an external circuit. (MTT) 147-1979w

**coupling, radiation** *See:* radiation coupling.