**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

| | |
|---|---|
| Typemock, LTD., <br><br> Plaintiff, <br><br> v. <br><br> Telerik, Inc., <br><br> Defendant. | Case No.: 1:17-cv-10274-RGS <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF STEVEN M. BAUER, ESQ.**

I, Steven M. Bauer, declare:

1. I am a partner at the law firm of Proskauer Rose LLP, counsel for Defendant Telerik, Inc. ("Telerik"). I make this declaration in support of Telerik's motion to amend its answer to add a "license" affirmative defense.

2. Telerik's proposed Amended Answer, showing the additions in redline, is attached hereto as Exhibit 1.

3. I have served as lead counsel for Defendant Telerik from the outset of this case.

4. On April 12, Telerik filed a motion for leave to amend its answer to add antitrust, inequitable conduct, and breach of contract counterclaims. (Dkt. No. 54.) The proposed amendment included approximately 100 numbered paragraphs spread over 25 pages laying the factual groundwork necessary to support those counterclaims. (Dkt. No. 56-1 (Ex 1 to Mtn. for Leave to Amend), ¶¶ 3–81, 103–135.)

5. Also in that motion was one added paragraph specifically stating Telerik's intention to assert an affirmative defense of license.

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

6.  Typemock produced the Microsoft Agreement on a confidential "attorneys' eyes only" basis almost a year after this case was filed, and over six months after Telerik served its answer, on October 2, 2017. ████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████████████████████████

7.  At the time, both parties had put the case largely on hold. ████████ ██████████████████████████ the parties had jointly filed *five* motions to defer the claim construction briefing schedule. (*See* Dkt. Nos. 38, 39, 42, 43, 44, 45, 47, 48, 49, 50.) ████████████████████████ there had been no depositions or substantial document production.

8.  ████████████████████████████████████████████████████ the parties turn to the litigation in earnest, confirmed in correspondence on January 19, 2018, after which the parties agreed to start producing documents over the next several months. (*See* Exhibit 3 ████████████████████████████████████████ ███████████████████████████████████████████████████████████████

9.  With the case essentially on hold until January 2018, it was only after activity re-started and we began to focus on claim construction briefing and discovery, that we noticed the correlation between the infringement allegations and the ████████████████ in the Microsoft Agreement. Around March 2018, we noticed that because Typemock's infringement allegations, while not expressly saying so, ██████████████████████████████

████████████████████████████████████████████████ in the Microsoft Agreement.  Once this possibility was identified, we needed time to confirm our understanding of the technology and how the client used it, research the implications ████████ and the resulting causes of action, and obtain client clearance to proceed with each step, all while maintaining the confidentiality of the Microsoft Agreement.  Each of those steps took time, and we put Typemock on notice that we had identified that Typemock's infringement contentions invoked the ██████████████████ on April 9, 2018.  When Telerik put Typemock on notice of the defense, no depositions had yet even been scheduled in this case (which remains true today), the Court had held no substantive hearings on the case (which also remains true today), and the parties were just beginning their production of documents.

10. We had not correlated Typemock's infringement allegations and the Microsoft Agreement earlier. ████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████

11. ██████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████

| 1.4 at least one coupled software component which performs a given function | The **"coupled software component"** can be either a utilizing or utilized component that performs a given function. The JustMock product is specifically designed to test such components.<br><br>JustMock provides for unrestricted mocking of dependent objects, including non-virtual methods, sealed classes, static methods and classes, as well as non-public members and types<br><br>http://www.telerik.com/products/mocking.aspx#elevated-mocking<br><br>Example:<br><br>The following example demonstrates how to mock the DateTime.Now method to return the date April 12, 2010.<br>- C#<br>- VB<br><br>CopyC#<br>```
[TestMethod]
public void ShouldAssertCustomValueForDateTimeNow()
{
    // Arrange
    Mock.Arrange(() => DateTime.Now).Returns(new DateTime(1900, 4, 12));

    // Act
    var now = DateTime.Now;

    // Assert
    Assert.AreEqual(1900, now.Year);
    Assert.AreEqual(4, now.Month);
    Assert.AreEqual(12, now.Day);
}
```<br>Note that, you can now arrange the DateTime.Now without any pre-requisites.<br><br>http://www.telerik.com/help/justmock/advanced-usage-mscorlib-mocking.html<br><br>**In the above example, the "coupled software component" is the call to DateTime.Now.** |

(Excerpt from April 19, 2018 Amended Infringement Contentions, attached as Exhibit 4 (red boxed emphasis added).)

12. After we put Typemock on notice of the license defense on April 9, 2018, on April 19, Typemock amended its infringement contentions. In those infringement contentions, Typemock has amended the allegations ████████████████████████████████████ ████████████████

| | |
|---|---|
| 1.5 by introducing, prior to execution, code elements for runtime access of application points associated with the at least one coupled software component, | Telerik products utilize at least one form of the claimed "code elements," which are introduced ~~through the .NET profiler API~~<ins>by JustMock</ins> prior to execution.<br><br>~~To mock these things [static methods and classes, sealed classes. non virtual methods and properties and so on] JustMock uses the .NET Profiling API and~~ <ins>JustMock "</ins>behaves like a profiler ~~but instead of profiling the code it~~<ins>" and</ins> changes <ins>it</ins>~~it~~<ins>the original code</ins> before the just-in-time compilation ~~and injects code~~<ins>, thereby injecting the "code elements"</ins> in the original code on-the-fly.<br><br>http://www.telerik.com/forums/is-justmock-a-quot-profiler-quot<br><br>In at least some Telerik embodiments, the "injected" code is inserted just before the original code of the coupled software component, e.g., the DateTime.Now call in the above example. |

(Redline of April 19, 2018 Amended Infringement Contentions over October 31, 2017 Amended Infringement Contentions, which are attached as Exhibit 5.) ████████████████

████████████████████████████

13.   ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 26, 2018

/s/ *Steven M. Bauer*
Steven M. Bauer