Exhibit 5

| US 8,352,923 | ACCUSED COMPONENTS AND BASIS OF INFRINGEMENT CONTENTIONS |
|---|---|
| [Claim 1 is not asserted in this case but is charted as background for asserted dependent claims]<br><br>1.P A software testing system operative to test a software application comprising a plurality of software components, at least some of which are coupled in a utilizing-utilized relationship the system comprising: | The accused components for all asserted claims of the '923 Patent are Telerik's JustMock™ and DevCraft™ products ("Accused Software Products").<br><br>JustMock is software for testing software applications that comprise a plurality of software components. When the JustMock software is loaded for execution on a computer, the computer as so configured constitutes **a software testing system operative to test a software application comprising a plurality of software components**. Telerik also provides a product called DevCraft, which incorporates the functionality of the Justmock software accused of infringement herein.<br><br>The assertions herein are preliminary and subject to continuing discovery, which is just beginning, including inspection of relevant Telerik source code and documentation.<br><br>Telerik's JustMock is described by Telerik as a "[f]ast, flexible, fully-featured mocking framework."<br><br>JustMock (http://www.telerik.com/products/mocking.aspx)<br><br>A "**utilized-utilizing**" relationship includes at least a dependent-dependency relationship. JustMock is operative to test a software application comprising a plurality of software components, at least some of which are coupled in such a **utilizing-utilized** relationship.<br><br>> **Telerik JustMock** is an easy to use mocking tool from Telerik designed to help you create better unit tests, faster than ever. **Telerik JustMock** makes it easier for you to create mock objects and set expectations independently of external dependencies like databases, web service calls, or proprietary code.<br><br>http://www.telerik.com/help/justmock/introduction.html<br><br><br><br>http://www.telerik.com/products/mocking.aspx#unit-testing-simplified<br><br>> "What is mocking?<br>> Mocking is a process used in <mark>unit testing</mark> when the unit being tested has <mark>external dependencies</mark>. The purpose of mocking is to focus on the code being tested and not on the behavior or state of external dependencies. In mocking, the <mark>dependencies are replaced</mark> by closely controlled replacements objects that simulate the behavior of the real ones.<br><br>http://www.telerik.com/products/mocking/unit-testing.aspx (emphasis added).<br><br>> **Telerik JustMock** is an easy to use mocking tool from Telerik designed to help you create better unit tests. |

| US 8,352,923 | ACCUSED COMPONENTS AND BASIS OF INFRINGEMENT CONTENTIONS |
|---|---|
| | **What Is Mocking And Why Do I Need It?**<br><br>Mocking is a concept in unit testing where real objects are substituted with fake objects that imitate the behavior of the real one<br><br>http://www.telerik.com/help/justmock/introduction.html<br><br>This claim reads on a "system." Telerik directly makes and uses such systems itself in various capacities, and induces and contributes to such infringement by its customers, by providing the JustMock software component for such systems.<br><br>Note that claim 1 of Typemock's '041 patent incorporates the same technological limitations as this claim, but reads on a system for distributing computer-readable media having those features. Telerik's system read on that claim by operating such software distribution servers.<br><br>There is also evidence that Telerik copied Typemock Isolator's code (which Telerik had previously licensed from Typemock). While copying the Typemock code to create JustMock, Telerik also incorporated into JustMock a specific bug in the Typemock code – a mistake in the code that serves as a fingerprint of the program from which it was taken. The presence of such a "common error" is among the strongest evidence of piracy, giving rise in and of itself to at least a *prima facie* case of copying. This evidence is further strengthened by JustMock's copying of a key program API from Typemock Isolator, as addressed in 1.4 below. |
| 1.1 a processor and memory: | The system as described above includes a computer that has **a processor and memory**. |
| 1.2 computational apparatus for at least partially isolating, | This is a computer apparatus which is part of the claimed system, in this case to perform the function of at least **partially isolating** coupled software components by carrying out the specific operations specified in the claim language that follows.<br><br>**"at least partially isolating":**<br><br>JustMock simplifies the process of writing unit tests through isolation of dependencies and let you cover more codes with unit testing. Testing complex scenarios is now easier. By removing dependencies, JustMock lets you focus only on the logic you want to verify or assert.<br><br>https://web.archive.org/web/20130902065902/http://www.telerik.com/products/mocking/features.aspx<br><br>Also, http://www.telerik.com/help/justmock/advanced-usage-partial-mocking.html:<br><br>Partial mocks allow you to mock some of the methods of a class while keeping the rest intact |
| 1.3 from within the software application, | **"from within the software application"** – at least partially isolating the coupled component (see below) from the application under test<br><br>Mocking is a concept in unit testing where real objects are substituted with fake objects that imitate the behavior of the real ones. Mocking is done so that a test can focus on the code being tested and not on the behavior or state of external dependencies. For example, if you have a data repository class that runs business logic and then saves information to a database, you want your unit test to focus on the business logic and not on the database. Mocking the "save" calls to your database ensures your tests run quickly and do not depend on the availability or state of your database.<br><br>http://www.telerik.com/products/mocking.aspx#unit-testing-simplified |

| US 8,352,923 | ACCUSED COMPONENTS AND BASIS OF INFRINGEMENT CONTENTIONS |
|---|---|
| 1.4 at least one coupled software component which performs a given function | The **"coupled software component"** can be either a utilizing or utilized component that performs a given function. The JustMock product is specifically designed to test such components.<br><br> JustMock provides for unrestricted mocking of dependent objects, including non-virtual methods, sealed classes, static methods and classes, as well as non-public members and types<br><br>http://www.telerik.com/products/mocking.aspx#elevated-mocking<br><br>Example:<br><br> The following example demonstrates how to mock the DateTime.Now method to return the date April 12, 2010.<br> • C#<br> • VB<br><br>CopyC#<br>```
[TestMethod]
public void ShouldAssertCustomValueForDateTimeNow()
{
    // Arrange
    Mock.Arrange(() => DateTime.Now).Returns(new DateTime(1900, 4, 12));

    // Act
    var now = DateTime.Now;

    // Assert
    Assert.AreEqual(1900, now.Year);
    Assert.AreEqual(4, now.Month);
    Assert.AreEqual(12, now.Day);
}
```<br>Note that, you can now arrange the DateTime.Now without any pre-requisites.<br><br>http://www.telerik.com/help/justmock/advanced-usage-mscorlib-mocking.html<br><br>In the above example, the "coupled software component" is the call to DateTime.Now. |
| 1.5 by introducing, prior to execution, code elements for runtime access of application points associated with the at least one coupled software component, | Telerik products utilize at least one form of the claimed "code elements," which are introduced through the .NET profiler API prior to execution.<br><br> To mock these things [static methods and classes, sealed classes. non virtual methods and properties and so on] JustMock uses the .NET Profiling API and behaves like a profiler but instead of profiling the code it changes it before the just-in-time compilation and injects code in the original code on-the-fly.<br><br>http://www.telerik.com/forums/is-justmock-a-quot-profiler-quot<br><br>In at least some Telerik embodiments, the "injected" code is inserted just before the original code of the coupled software component, e.g., the DateTime.Now call in the above example.<br><br>The API Returns() in the Arrange method (*see* the "Example" in 1.4 above) "**introduce[es], prior to execution, code elements for runtime access of application points associated with**" the software component under test. |
| 1.6 wherein at least one code element associated with the at least one coupled software component provides access control between utilizing- | See the "Example" in 1.4 above, in particular the Arrange().Returns() API:<br><br>```
// Arrange
Mock.Arrange(() => DateTime.Now).Returns(new DateTime(1900, 4, 12));
```<br><br>The API Returns() performs **access control**. |

| US 8,352,923 | ACCUSED COMPONENTS AND BASIS OF INFRINGEMENT CONTENTIONS |
|---|---|
| utilized software components; | *See also* documentation http://www.telerik.com/help/justmock/basic-usage-mock.html: <br><br> The Arrange method is used to change the behavior of method or property calls on a mock. <br><br> In at least some Telerik embodiments, the code injected by this API (see above) includes a test whether the coupled component should be mocked, and if so, returns a fake value instead of executing the original coupled component. |
| 1.7 computational apparatus for testing the software application | This is again the computer on which the test routines run. This apparatus runs, for example the TestMethod referenced above. |
| 1.8 by imposing a fake behavior on the at least one coupled software component, | "Imposing a fake behavior" is illustrated, by Telerik's API, for example, for mscorlib, by: <br><br> Mock.Arrange(() => DateTime.Now).Returns(new DateTime(1900, 4, 12)) <br><br> Also: http://www.telerik.com/help/justmock/introduction.html: <br><br> **What Is Mocking And Why Do I Need It?** <br><br> Mocking is a concept in unit testing where real objects are substituted with fake objects that imitate the behavior of the real one <br><br> Note that in replicating the patented functionality, Telerik's JustMock employs an Application Program Interface (API) that reflects a complete 1:1 correspondence with Typemock Isolator's API for mocking dependent objects: <br><br> **Typemock:**  Isolate.WhenCalled(() => DateTime.Now).WillReturn(new DateTime(1900, 4, 12)); <br> **JustMock:**  Mock.Arrange(() => DateTime.Now).Returns(new DateTime(1900, 4, 12)); <br><br> Telerik's implementation of this key API changes only the names arbitrarily given to class and method components but otherwise is formally identical to Typemock Isolator's API. This direct correspondence of APIs, in addition to the above-mentioned coincidence of a unique bug in both the Typemock Isolator and JustMock products, is strong evidence of willful and deliberate copying by Telerik of the Typemock Isolator code and of its underlying software implementation, resulting in the infringement as shown throughout this claim chart. |
| 1.9 wherein imposing includes removing or replacing an expected behavior of the at least one coupled software component | The example **replaces the expected behavior** of returning the current DateTime with the faked value of April 12, 1900 instead. <br><br> Also see documentation http://www.telerik.com/help/justmock/basic-usage-mock.html, which shows additional functionality to change expected behavior: <br><br> −Arrange <br>    The Arrange method is used to change the behavior of method or property calls on a mock. It is used in conjunction with one or more of the supported behaviors described in this section: <br>      • CallOriginal() - use the original method implementation. <br>      • DoInstead() - execute a custom code when the method is called. <br>      • Initialize() - sets up all framework methods. <br>      • DoNothing() - ignore the call. This method is used only for readability and is applicable only for void methods. |

| US 8,352,923 | ACCUSED COMPONENTS AND BASIS OF INFRINGEMENT CONTENTIONS |
|---|---|
| | • MustBeCalled() - mark the method assert that it is called during the executing of the test.<br>• Raise() - raise mocked event.<br>• Raises() - raise an event once the method is called.<br>• Returns() - use with a non-void method to return a custom value.<br>• Throws() - throw an exception once the method is called. |
| 1.10 during runtime; and | When the code is changed "on the fly" as above, this is "**during runtime**"<br><br>… it changes it before the just-in-time compilation and injects code in the original code on-the-fly.<br><br>http://www.telerik.com/forums/is-justmock-a-quot-profiler-quot |
| 1.11 wherein the at least one code element is operative to query said computational apparatus for testing. | The Test code, where triggered, **is operative to query the testing component apparatus of this claim.**<br><br>The "injected code" (at least one code element) queries the Arrange method, which is part of the computational apparatus for testing. As above:<br><br>Mock.Arrange(() => DateTime.Now).Returns(new DateTime(1900, 4, 12)) |
| 4. A system according to claim 1 wherein said set comprises at least one utilizing software component which accesses at least one data element belonging to its corresponding utilized software component. | http://docs.telerik.com/help/justmock/basic-usage-automocking.html<br><br>*See* Elevated Automocking<br><br>```
[TestMethod]
public void ShouldTransferFundsBetweenTwoAccounts()
{
    var container = new MockingContainer<AccountService>();

    decimal expectedBalance = 100;

    container.Bind<Account>().ToMock().InjectedIntoParameter("fromAccount")
        .AndArrange(x => Mock.Arrange(() =>
    x.Balance).Returns(expectedBalance).MustBeCalled())
        .AndArrange(x => Mock.Arrange(() =>
    x.Withdraw(expectedBalance)).MustBeCalled());
    container.Bind<Account>().ToMock().InjectedIntoParameter("toAccount")
        .AndArrange(x => Mock.Arrange(() =>
    x.Deposit(expectedBalance)).MustBeCalled());

    container.Instance.TransferFunds(expectedBalance);

    container.Assert();
}
```
Here, you are able to arrange the behavior of the different Account dependencies, from the mocking container. |

| US 8,352,923 | ACCUSED COMPONENTS AND BASIS OF INFRINGEMENT CONTENTIONS |
|---|---|
| 9. A system according to claim 1 wherein the plurality of software components comprises a set of at least one pairs of utilizing-utilized software components each including a utilized software component and a utilizing software component which utilizes said utilized software component, and wherein said apparatus for at least partially isolating comprises access controlling code external of the software application for anticipating forthcoming utilization of utilized software components by utilizing software components and for selectively preventing said utilization by controlling access of the utilizing software component to the utilized software component. | http://docs.telerik.com/help/justmock/basic-usage-recursive-mocking.html<br><br>http://docs.telerik.com/help/justmock/basic-usage-mock-behaviors-recursiveloose.html<br><br>**RecursiveLoose** mocks will return new mocks (with Behavior.RecursiveLoose) for all members/functions of the mocked type. However, as there are types that cannot be mocked (string, int, etc.), **RecursiveLoose** mocks will return default value for all value type members and empty, non-null stubs for strings. Also, a non-null empty collection will be returned for collection return types (e.g. array or IEnumerable).<br><br>**RecursiveLoose** mocks are the same as Loose mocks, but with one difference: They will automatically generate empty stubs for all mock members, on all levels. This saves time in manually arranging or initializing all the mock prerequisites (code examples). Further, you can change the pre-arranged behavior by defining new expectations, as described in the Mock article. |
| [Claim 10 is not asserted in this case but is charted as background for asserted dependent claims]<br><br>10. A system according to claim 1 wherein said apparatus for at least partially isolating is operative, upon occurrence of a call by a first component from among the plurality of software components to a second component from among the plurality of software components, to intervene to ensure that the second component does not run. | http://docs.telerik.com/help/justmock/basic-usage-mock-do-nothing.html<br><br>`Mock.Arrange(() => foo.VoidCall()).DoNothing()` |

| US 8,352,923 | ACCUSED COMPONENTS AND BASIS OF INFRINGEMENT CONTENTIONS |
|---|---|
| 11. A system according to claim 10 wherein said call, absent operation of said apparatus for at least partially isolating, results in data being returned by the second component to the first component, and wherein said apparatus for at least partially isolating is operative, instead, to inject fake data into the first component. | http://docs.telerik.com/help/justmock/scenarios-setup-callbacks-with-ref-and-out-parameters.html <br><br> ```
string expected = "foo";
Mock.Arrange(() => iFoo.Execute(ref expected)).DoNothing();
// Act
string actual = string.Empty;
iFoo.Execute(ref actual);

// Assert
Assert.AreEqual(expected, actual);
``` |
| 14. A system according to claim 1 wherein said apparatus for at least partially isolating is operative, upon occurrence of a call by a first component from among the plurality of software components to a second component from among the plurality of software components, the second component operating upon at least one argument, to intervene by providing the second component with at least one fake argument. | http://docs.telerik.com/help/justmock/scenarios-setup-callbacks-with-ref-and-out-parameters.html <br><br> "By using Telerik JustMock you can mock methods that take out or ref parameters." |
| [Claim 18 is not asserted in this case but is charted as background for asserted dependent claims] <br><br> 18. A system according to claim 1 wherein said apparatus for testing is operative to generate a plurality of expectations each of which comprises an identity of an individual component from among | **Plurality of expectations**: <br><br> **Sequential Mocking** <br><br> Sequential mocking allows you to return different values on the same or different consecutive calls to one and the same type. In other words, you can set up expectations for successive calls of the same type. <br><br> http://www.telerik.com/help/justmock/basic-usage-sequential-mocking.html |

| US 8,352,923 | ACCUSED COMPONENTS AND BASIS OF INFRINGEMENT CONTENTIONS |
|---|---|
| the plurality of software components and an associated behavior inducing message inducing said apparatus for at least partially isolating, when said individual component is called, to selectively at least partially isolate, and to impose a fake behavior upon, the individual component. | |
| [Claim 22 is not asserted in this case but is charted as background for asserted dependent claims]<br><br>22. A system according to claim 18 wherein at least an individual one of said expectations also comprises an indication of at least one expected arguments which are expected to be passed to said individual component. | http://docs.telerik.com/help/justmock/basic-usage-matchers.html<br><br>Matchers let you ignore passing actual values as arguments used in mocks. Instead, they give you the possibility to pass just an expression that satisfies the argument type or the expected value range. For example, if a method accepts a string as a first parameter, you don't need to pass a specific string like "Camera". Instead, you can use **Arg.IsAny&lt;string&gt;()**. There are several types of matchers supported in Telerik JustMock:<br>1. Defined Matchers (Arg.AnyBool, Arg.AnyDouble, Arg.AnyFloat, Arg.AnyGuid, Arg.AnyInt, Arg.AnyLong, Arg.AnyObject, Arg.AnyShort, Arg.AnyString, Arg.NullOrEmpty)<br>2. Arg.IsAny&lt;T&gt;();<br>3. Arg.IsInRange([FromValue : int], [ToValue : int], [RangeKind])<br>4. Arg.Matches&lt;T&gt;(Expression&lt;Predicate&lt;T&gt;&gt; expression)<br>5. Arg.Ref()<br>Matchers also let you ignore all arguments in your mocks by a single call to IgnoreArguments() (in the arrangement) or Args.Ignore() (in the assertion). |
| | |
| 24. A system according to claim 18 wherein at least one expectation is generating by recording an actual call to at least said individual component. | http://docs.telerik.com/help/justmock/basic-usage-mock-returns.html<br><br>```
Mock.Arrange(() => foo.Bar).Returns(10);
``` |
| | |
| 25. A system according to claim 22 wherein said individual expectation is generating by recording an actual call to said individual component, in the course of which call at least one actual argument is actually passed to said individual component, and wherein the indication of at least one argument in said | http://docs.telerik.com/help/justmock/basic-usage-matchers.html<br><br>"Matchers let you ignore passing actual values as arguments used in mocks. Instead, they give you the possibility to pass just an expression that satisfies the argument type or the expected value range. For example, if a method accepts a string as a first parameter, you don't need to pass a specific string like "Camera". Instead, you can use Arg.IsAny&lt;string&gt;()." |

| US 8,352,923 | ACCUSED COMPONENTS AND BASIS OF INFRINGEMENT CONTENTIONS |
|---|---|
| expectation comprises said at least one actual argument. | |
| | |
| 26. A system according to claim 1 wherein the plurality of software components comprises a set of at least one pairs of utilizing-utilized software components each including a utilized software component and a utilizing software component which utilizes said utilized software component and which includes metadata pointing to the utilized software component, and said apparatus for at least partially isolating comprises apparatus for modifying said metadata to point to access control code, said access controlling code being operative to control access of the utilizing software component to the utilized software component. | http://docs.telerik.com/help/justmock/advanced-usage-mocking-dll-imports.html<br><br>```
[DllImport("Kernel32.dll")]
    public static extern int GetCurrentProcessId();
```<br><br>```
Mock.Arrange(() => Foo.GetCurrentProcessId()).Returns(expected);
``` |
| | |
| 28. A system according to claim 24 wherein said call comprises a chain of n calls and wherein n expectations are generated by recording said chain of n calls. | http://docs.telerik.com/help/justmock/basic-usage-recursive-mocking.html<br><br>```
Mock.Arrange(() => foo.Bar.Do(ping)).Returns("ack2");
``` |
| | |
| [Claim 30 is not asserted in this case but is charted as background for asserted dependent claims] | See 1.P |

| US 8,352,923 | ACCUSED COMPONENTS AND BASIS OF INFRINGEMENT CONTENTIONS |
|---|---|
| 30.P A software testing system operative to test a software application comprising a plurality of software components, at least some of which are coupled, each software component operative to perform a function the system comprising: | |
| 30.1 a processor and memory: | See 1.1 |
| 30.2 computational apparatus for at least partially isolating, | See 1.2 |
| 30.3 from within the software application, | See 1.3 |
| 30.4 at least one coupled software component which performs a given function | See 1.4 |
| 30.5 by introducing, prior to execution, code elements for runtime access and control of application points associated with the at least one coupled software component; and | See 1.5 and 1.6 |
| 30.6 computational apparatus for testing the software application component. | See 1.7 |
| 30.7 by removing or replacing a behavior of at least said at least partially isolated coupled software component during runtime, | See 1.9 |
| 30.8 without dependency injection, | **Without dependency injection:**<br><br>The best thing about using Telerik JustMock is that you can mock practically everything. You can even mock types without using dependency injection, making JustMock the best framework to use when working with legacy code.<br><br>http://www.telerik.com/blogs/from-legacy-to-dependency-injection |

| US 8,352,923 | ACCUSED COMPONENTS AND BASIS OF INFRINGEMENT CONTENTIONS |
|---|---|
| | To test my tightly coupled code I create a new JustMock test project and deleted the exiting files (I don't need this right now). I then added a C# file called FutureMockingTests.cs and wrote my test:<br><br>```
 1:     [TestFixture]
 2:     public class FutureMockingTests
 3:     {
 4:        [Test]
 5:        public void FutureTest()
 6:        {
 7:            var expectedDependency = Mock.Create<DependencyClass>();
 8:            Mock.Arrange(() => expectedDependency.GetDependentValue())
 9:                .IgnoreInstance()
10:                .Returns(5);
11:
12:            var classUnderTest = new DependentClass();
13:
14:            Assert.AreEqual(5, classUnderTest.GetValue());
15:        }
16:    }
```<br><br>(get sample code)<br><br>This test should look pretty familiar; I create a mock of the class I want to mock (DependencyClass) and then arrange the mock. I then call the class and assert the results. The difference here is the call to IgnoreInstance on line nine. What this does is tell JustMock to replace all calls to the arranged method (in this case GetDependentValue) with the arrangement I have supplied. This enables me to create mocks for classes that are statically bound without using dependency injection.<br><br>Before I run my test I need to ensure that the JustMock profiler is enabled.<br><br>http://www.telerik.com/blogs/30-days-of-tdd-day-23-mocking-from-the-future |
| 30.9 wherein said apparatus for testing is operative to generate a plurality of expectations each of which comprises an identity of an individual component from among the plurality of software components and | See 18 |
| 30.10 an associated behavior inducing message inducing said apparatus for at least partially isolating, when said individual | See 1.8 and 1.9 |

| US 8,352,923 | ACCUSED COMPONENTS AND BASIS OF INFRINGEMENT CONTENTIONS |
|---|---|
| component is called, to selectively at least partially isolate, and to impose a fake behavior upon, the individual component | |
| | |
| [Claim 32 is not asserted in this case but is charted as background for asserted dependent claims]<br><br>A system according to claim 30 wherein the plurality of software components comprises a set of at least one pairs of utilizing-utilized software components each including a utilized software component and a utilizing software component which utilizes said utilized software component, said apparatus for at least partially isolating comprises apparatus for adding access controlling code between each pair of utilizing-utilized software components, said access controlling code being operative to control access of the utilizing software component to the utilized software component. | http://docs.telerik.com/help/justmock/basic-usage-mock.html<br><br>The Arrange method is used to change the behavior of method or property calls on a mock. It is used in conjunction with one or more of the supported behaviors described in this section:<br>• CallOriginal() - use the original method implementation.<br>• DoInstead() - execute a custom code when the method is called.<br>• Initialize() - sets up all framework methods.<br>• DoNothing() - ignore the call. This method is used only for readability and is applicable only for void methods.<br>• MustBeCalled() - mark the method assert that it is called during the executing of the test.<br>• Raise() - raise mocked event.<br>• Raises() - raise an event once the method is called.<br>• Returns() - use with a non-void method to return a custom value.<br>• Throws() - throw an exception once the method is called. |
| | |
| 34. A system according to claim 32 wherein said set comprises at least one utilizing software component which accesses at least one data element belonging to its corresponding utilized software component. | http://docs.telerik.com/help/justmock/basic-usage-automocking.html<br><br>See Elevated |
| | |

| US 8,352,923 | ACCUSED COMPONENTS AND BASIS OF INFRINGEMENT CONTENTIONS |
|---|---|
| 39. A system according to claim 30 wherein the plurality of software components comprises a set of at least one pairs of utilizing utilized software components each including a utilized software component and a utilizing software component which utilizes said utilized software component, and wherein said apparatus for at least partially isolating comprises access controlling code external of the software application for anticipating forthcoming utilization of utilized software components by utilizing software components and for selectively preventing said utilization by controlling access of the utilizing software component to the utilized software component. | http://docs.telerik.com/help/justmock/basic-usage-recursive-mocking.html<br><br>"Recursive mocks enable you to mock members that are obtained as a result of "chained" calls on a mock. For example, recursive mocking is useful in the cases when you test code like this: foo.Bar.Baz.Do("x")." |
| | |
| [Claim 40 is not asserted in this case but is charted as background for asserted dependent claims]<br><br>40. A system according to claim 30 wherein said apparatus for at least partially isolating is operative, upon occurrence of a call by a first component from among the plurality of software components to a second component from among the plurality of software components, to intervene to ensure that the second component does not run. | http://docs.telerik.com/help/justmock/basic-usage-mock-do-nothing.html<br><br>`Mock.Arrange(() => foo.VoidCall()).DoNothing()` |

| US 8,352,923 | ACCUSED COMPONENTS AND BASIS OF INFRINGEMENT CONTENTIONS |
|---|---|
| | |
| 41. A system according to claim 40 wherein said call, absent operation of said apparatus for at least partially isolating, results in data being returned by the second component to the first component, and wherein said apparatus for at least partially isolating is operative, instead, to inject fake data into the first component. | http://docs.telerik.com/help/justmock/scenarios-setup-callbacks-with-ref-and-out-parameters.html |
| | |
| 44. A system according to claim 30 wherein said apparatus for at least partially isolating is operative, upon occurrence of a call by a first component from among the plurality of software components to a second component from among the plurality of software components, the second component operating upon at least one argument, to intervene by providing the second component with at least one fake argument. | http://docs.telerik.com/help/justmock/scenarios-setup-callbacks-with-ref-and-out-parameters.html |
| | |
| 48. A system according to claim 30 wherein the plurality of software components comprises a set of at least one pairs of utilizing utilized software components each including a utilized software component and a utilizing software component which utilizes said utilized software component and | http://docs.telerik.com/help/justmock/advanced-usage-mocking-dll-imports.html |

| US 8,352,923 | ACCUSED COMPONENTS AND BASIS OF INFRINGEMENT CONTENTIONS |
|---|---|
| which includes metadata pointing to the utilized software component, and said apparatus for at least partially isolating comprises apparatus for modifying said meta-data to point to access control code, said access controlling code being operative to control access of the utilizing software component to the utilized software component. | |
| | |
| | |

| US 9,251,041 | ACCUSED COMPONENTS AND BASIS OF INFRINGEMENT CONTENTIONS |
|---|---|
| [Claim 1 is not asserted in this case but is charted as background for asserted dependent claims]<br><br>1. A system for providing testing for a given software application comprising a plurality of software components, at least some of which are coupled, said system comprising: | The accused components for all asserted claims of the '041 Patent are Telerik's JustMock™ and DevCraft™ products ("Accused Software Products") and systems used for electronically distributing those products.<br><br>This claim concerns a system that stores and provides executable code for testing. For example, a distribution server from which product code may be downloaded. Telerik operates such servers and therefore directly infringes. |
| a first processor functionally associated with a digital memory, which digital memory stores processor executable software testing code adapted to cause one or more second processors to: | The stored executable code is adapted to cause a second processor to implement functionality which mirrors that claimed in claims 1 and 50 of the '923 Patent. |
| at least partially isolate from within the given software application, during runtime, at least one coupled software component which performs a given function by introducing, prior to execution of the software application, code elements for runtime access of application points associated with the at least one coupled component of the given software application, such that at least one of the introduced code elements provides the software testing code access between utilizing-utilized | See '923 patent, claims 1 & 50. |

| US 9,251,041 | ACCUSED COMPONENTS AND BASIS OF INFRINGEMENT CONTENTIONS |
|---|---|
| software components during runtime; and | |
| test, by use of the second processors running the testing code, the given software application by imposing a fake behavior on the at least one coupled software component, wherein imposing behavior includes removing or replacing an expected behavior of the at least one coupled software component, during runtime, by use of the access provided by the at least one of the introduced code elements. | See '923 patent, claims 1 & 50. |
| | |
| 4. The system according to claim 1, wherein the software testing code is adapted to track objects returned from mocked calls and to mock all methods of these objects, recursively, so as to facilitate a chained mock response. | http://docs.telerik.com/help/justmock/advanced-usage-future-mocking.html |
| | |
| [Claim 1 is not asserted in this case but is charted as background for asserted dependent claims]<br><br>9. A software testing method for testing a software application comprising a plurality of software | See claim 1. |

| US 9,251,041 | ACCUSED COMPONENTS AND BASIS OF INFRINGEMENT CONTENTIONS |
|---|---|
| components, at least some of which are coupled, said method comprising: | |
| at least partially isolating from within the software application, by use of a computational apparatus running a testing application, during runtime, at least one coupled software component which performs a given function by introducing into the software application, prior to execution of the software application, code elements for runtime access of application points associated with the at least one coupled software component, such that at least one of the introduced code elements provides the testing application access between utilizing-utilized software components during runtime; and | |
| testing, by use of the computational apparatus running the testing application, the software application by imposing a fake behavior on the at least one coupled software component, wherein imposing behavior includes removing or replacing an expected behavior of the at least one coupled software | |

| US 9,251,041 | ACCUSED COMPONENTS AND BASIS OF INFRINGEMENT CONTENTIONS |
|---|---|
| component, during runtime, by use of the access provided by the at least one of the introduced code elements. | |
| | |
| 16. The method according to claim 9, further comprising tracking objects returned from mocked calls and mocking all methods of these objects, recursively, so as to facilitate a chained mock response. | http://docs.telerik.com/help/justmock/advanced-usage-future-mocking.html |
| | |