UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Typemock, Ltd.

    Plaintiff

  v.                      CIVIL ACTION NO. 1:17-10274-RGS

Telerik Inc.

    Defendant

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.

The Court having been advised on October 3, 2018 [dkt.98] that the above-entitled action has settled;

It is ORDERED that this action is hereby dismissed, without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within (60) days if settlement is not consummated.

                              By the Court,

Dated: October 4, 2018                /s/ Arnold Pacho
                                        Deputy Clerk